UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREDERICK RUIZ,

    Plaintiff,

v.

KIM HOLLAND,

    Defendant.

Case No. 13-cv-04124-VC

**JUDGMENT**

The petition for writ of habeas corpus having been denied, judgment is hereby entered in favor of Respondent Kim Holland. Petitioner Frederick Ruiz shall obtain no relief by way of his petition.

**IT IS SO ORDERED**.

Dated: November 25, 2014

VINCE CHHABRIA
United States District Judge